# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0075

VERSUS

JASON JARRELL SPIKES

APR 2 9 2020

---

In Re: Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR6-129868

---

BEFORE: WHIPPLE, C.J., GUIDRY AND McCLENDON, JJ.

**WRIT GRANTED IN PART AND DENIED IN PART.** The district court is instructed, if it has not already done so, to provide relator with a free copy of the bill of information in this case. In all other respects, the writ application is denied. See **State ex rel. Bernard v. Criminal District Court Section "J"**, 94-2247 (La. 4/28/95), 653 So.2d 1174 (*per curiam*).

VGW
JMG
PMc

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT